# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:96CR29-MU

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DESMOND WARD, )<br>)<br>Defendant. )<br>_____) | **O R D E R** |

**THIS MATTER** comes before the Court on Defendant's Motion to Amend to 18 U.S.C. § 3582, filed August 18, 2005.

On May 2, 2005, Defendant filed a Motion to Correct Sentence and Modify Judgment pursuant to 18 U.S.C. § 3582 with this Court. On May 20, 2005, this Court denied Defendant's § 3582 motion. Defendant now seeks to amend his § 3582 motion. Defendant's § 3582 motion, however, has been denied and his request to amend is denied as moot.

**IT IS, THEREFORE, ORDERED** that Defendant's Motion to Amend is **DENIED**.

**Signed: September 13, 2005**

Graham C. Mullen
Chief United States District Judge